FILED
2010 Dec-08 AM 09:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL NO. 1:10-CV-02413-RBP |
| | ) |
| **WENDY GHEE** | ) |
| | ) |
| **Defendant.** | ) |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Plaintiff brought this action to recover payments due on promissory notes executed by the Defendant, Wendy Ghee, to obtain two (2) educational loans in the sum of $42,649.17 from Society National Bank, Wilmington, DE and one (1) educational loan in the sum of $20,027.37 from Key Bank USA, N.A., Wilmington, DE. These loan obligations were guaranteed by Pennsylvania Higher Education Assistance Agency and then reinsured by the Department of Education under the Federal Insured Student Loan Program pursuant to the provisions of Title IV, Part B of the Higher Educations Act of 1965, as amended, 20, U.S.C. 1071, et seq. (34 C.F.R. Part 682).

Defendant filed an Answer, denying all allegations.

## **FINDINGS OF FACT**

1. Defendant has made payments of $4,590.00 on the combined debt. Section 484A of the Higher Education Act of 1965, as amended by Section 3 of the Higher Education Act of 1965. As amended by Section 3 of the Higher Education Act of 1991 (Pub. L. 102-26) and Section 1551 of the Higher Education Amendments of 1992 (Pub. L. 102-325) has eliminated the Statute of Limitations on student loans. (20 U.S.C. Sec. 1091a(a)).

## **CONCLUSIONS OF LAW**

2. The Court has Jurisdiction of this action under 28 U.S.C. § 1345.

3. Plaintiff is entitled to a Summary Judgment as a matter of law. A judgment will be entered accordingly.

Done this the 8th day of December, 2010.

*[signature: Robert B. Propst]*

_____
**SENIOR UNITED STATES DISTRICT JUDGE**